

| | THE CITY OF NEW YORK | |
|---|---|---|
| ZACHARY W. CARTER<br>*Corporation Counsel* | LAW DEPARTMENT<br>100 CHURCH STREET<br>NEW YORK, N.Y. 10007 | NOREEN STACKHOUSE<br>*Senior Counsel*<br>Tel.: (212) 356-2375<br>Fax: (212) 356-3509<br>nstackho@law.nyc.gov |

May 27, 2016

**BY ECF**
Honorable Cheryl L. Pollak
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

        Re:    Ron Dante Gilmore v. City of New York, et al.,
                  14-CV-0252 (WFK)(CLP)

Your Honor:

       I am a Senior Counsel in the Special Federal Litigation Division of the New York City Law Department handling the defense of the above-referenced matter on behalf of defendants. In that capacity, I write further to the Court's May 24, 2016 Order directing defendants to notify the Court on or before May 27, 2016 regarding settlement, to confirm that a settlement agreement has been reached between the parties. The executed Stipulation and Order of Dismissal will be submitted to the Court shortly

       Thank you for your consideration herein.

                                     Respectfully submitted,

                                     /s/
                                   Noreen Stackhouse
                                   Senior Counsel
                                   Special Federal Litigation Division

cc:    Eric Subin, Esq. (By ECF)
       *Attorney for Plaintiff*
       150 Broadway, 23rd Floor
       New York, New York 10038