UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------------------- x

RON DANTE GILMORE,

                                         Plaintiff,

-against-

THE CITY OF NEW YORK, NEW YORK POLICE
DEPARTMENT, JONAS BAZILE, STEPHEN ESPINOZA,
MATTHEW ZITO, JUAN MORENO, BRIAN KEHOE,
MICHAEL McMANUS and EUGENE KELLER,

                                         Defendants.
--------------------------------------------------------------------- x

**STIPULATION AND ORDER OF DISMISSAL**

14-CV-252 (WFK) (CLP)

      **WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

      **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, that

      1.    The above-referenced action is hereby dismissed with prejudice; and

2. Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to maintain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

Dated: New York, New York
       June 14, 2016

SUBIN ASSOCIATES, LLP
*Attorneys for Plaintiff*
150 Broadway, 23rd Floor
New York, New York 10038
(212) 285-3800


By: _____
    Eric Subin
    *Attorney for Plaintiff*

ZACHARY W. CARTER
Corporation Counsel of the
  City of New York
*Attorney for Defendants City of New York,
  The New York City Police Department,
  Bazile, Espinoza, Zito, Moreno, Kehoe,
  McManus, and Keller*
100 Church Street, 3rd Floor
New York, New York 10007
(212) 356-2375

By: _____
    Noreen Stackhouse
    *Senior Counsel*

SO ORDERED:

_____
HON. WILLIAM F. KUNTZ
UNITED STATES DISTRICT JUDGE

Dated: _____, 2016